UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE OLEA SANCHEZ,<br><br>                Petitioner(s),<br>v.<br><br>PAMELA BONDI, et al.,<br><br>                Respondent(s). | CASE NO. C25-2573-KKE-GJL<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE AND TERMINATION OF REFERRAL TO MAGISTRATE JUDGE |

      Petitioner has filed a 28 U.S.C. § 2241 habeas petition, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") (Dkt. No. 2), and has filed a motion for an expedited briefing schedule on that petition. Dkt. No. 4. Respondents do not oppose the motion. Having reviewed the petition, the Court GRANTS Petitioner's motion for an expedited briefing schedule as follows:

    (1) No later than **December 29, 2025**, Respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondents shall address and submit evidence relevant to Petitioner's allegation that his detention is unlawful. Respondents may present any arguments that seek to dismiss the petition along with the return but shall not separately note a motion to dismiss under Local Rules W.D. Wash. LCR 7(d).

    (2) Petitioner may file a traverse and response no later than **January 5, 2026**.

(3) The Court shall note the return for consideration no earlier than **January 5, 2026**.

(4) Respondents shall not file a reply brief unless requested by the Court.

(5) To expedite Respondents' ability to file a Response to the Petition, Petitioner is directed to share his "Alien Registration Number" (if known) with Respondents within 24 hours of the filing of this Order.

Petitioner requested—and Respondents did not oppose—that the Court order that while the habeas petition is pending, Respondents not remove Petitioner from the United States or transfer Petitioner without providing notice. Dkt. No. 4 at 2. The Court GRANTS Petitioner's request and ORDERS as follows:

Unless otherwise ordered by this Court, Petitioner shall not be moved outside of the Western District of Washington without first providing advance notice of the intended move. Such notice must be filed in writing and on the docket in this proceeding and must state the reason that the Respondents believe that such a move is necessary and should not be stayed pending further court proceedings. Once that notice has been filed on the docket, Petitioner shall not be moved out of the District for a period of at least 48 hours from the time of the docketing. If the 48-hour period would expire on a weekend or legal holiday, the period continues to run until the same time on the next day that is not a weekend or legal holiday. Fed. R. Civ. P. 6(a)(2)(C). This period may be shortened or extended as appropriate by further Court order.

IT IS FURTHER ORDERED that the referral to Magistrate Judge Leupold is terminated.

Dated this 17th day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE AND TERMINATION OF REFERRAL TO MAGISTRATE JUDGE - 2